Decided March 12, 2004

WATSON B. METCALFE *v.* IRENE SANDFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 96 (AC 24097), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court dismissing the plaintiff's appeal from the Probate Court?"

The Supreme Court docket number is SC 17145.

*Miles F. McDonald, Jr.,* and *Sonia T. Larossa,* in support of the petition.

*James A. Fulton,* in opposition.

Decided March 12, 2004